UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| VELTEX CORPORATION, a Utah Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>JAVEED AZZIZ MATIN, an individual; et. al.,<br><br>  Defendants. | CASE NO. CV-10-1746 ABC (PJWx)<br><br>The Hon. Audrey B. Collins<br><br>**[Proposed] JUDGMENT** |

Pursuant to the Order Granting Motions to Dismiss issued on September 27, 2010, this Court ordered dismissed all claims against Defendant Anne Tahim without leave to amend.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff VELTEX CORPORATION, a Utah Corporation, shall take nothing and that Defendant Anne Tahim shall have judgment entered in her favor.

///

///

///

///

4817-3781-1980.1

Defendant Anne Tahim is awarded costs in an amount to be determined by the administrator of the clerk's office.

DATED: October 27, 2011

*Audrey B. Collins*
Audrey B. Collins
UNITED STATES DISTRICT JUDGE

Submitted by:

WILLIAM JOHN REA, JR.
LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
William John Rea, Jr.
Attorneys for Defendant ANNE TAHIM