1  Robert J. Lynch, Esq.  (SBN 192287)
   Matthew A. Slater, Esq. (SBN 259986)
2  McMAHON LYNCH LAW FIRM, INC.
   Attorneys at Law
3  1250 Corona Pointe Court, Suite 407
   Corona, California 92879
4  Telephone:  (951) 371-6868
   Facsimile:   (951) 371-8787
5
   Attorneys for Plaintiff,
6  VELTEX CORPORATION

7

8               UNITED STATES DISTRICT COURT

9         CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11

12 VELTEX CORPORATION, a Utah    CASE NO. CV101746 ABC PJWx)
   corporation
13
                Plaintiff,
14                              **RENEWAL OF JUDGMENT BY**
   v.                           **CLERK**
15
   JAVEED AZZIZ MATIN, an
16 individual; TANZILA SULTANA,  [NO HEARING SCHEDULED]
   an individual; SAASHA
17 CAMPBELL, an individual;
   MAZAR HAQUE, an individual;
18 ALLEN E. BENDER, an
   individual; VELTEX USA, INC., a
19 Delaware corporation; VELTEX
   APPAREL, INC., a California
20 corporation; VELTEX
   INDUSTRIES, INC., a Delaware
21 corporation; VELTEX
   EXPLORER, INC., a Canadian
22 corporation; VELTEX CANADA,
   INC., a Canadian corporation;
23 WILSHIRE EQUITY, INC. aka
   WILSHIRE EQUITIES, INC., a
24 Colorado corporation; AMERICAN
   REGISTRAR & TRANSFER CO.,
25 a Utah corporation; PATRICK R.
   DAY, an individual; RICHARD M.
26 DAY, an individual; MOORE &
   ASSOCIATES, CHARTERED, a
27 Nevada corporation; MICHAEL J.
   MOORE, an individual;
28 CHISOLM, BIERWOLF, NILSON

    & MORRILL, CPA aka
CHISHOLM, BIERWOLF &
NILSON, LLC, a Utah limited
liability company; BRAD B.
HAYNES, an individual; ANNE
TAHIM, an individual; JAAK U.
OLESK, an individual; and
CARMINE J. BUA, an individual,

           Defendants.

**WHEREAS**, a judgment was entered in this action on March 26, 2012 (Docket No. 217) in favor of Plaintiff and judgment creditor VELTEX CORPORATION ("Judgment Creditor") in the amount of $100,078,621.00 as against Defendants and judgment debtors JAVEED AZZIZ MATIN ("Matin"), TANZILA SULTANA ("Sultana"), MAZHAR HAQUE ("Haque"), VELTEX USA, INC. ("Veltex USA"), VELTEX APPAREL, INC. ("Veltex Apparel"), VELTEX INDUSTRIES, INC. ("Veltex Industries"), MOORE & ASSOCIATES CHARTERED ("Moore & Associates"), MICHAEL J. MOORE ("Moore") and WILSHIRE EQUITY, INC. aka WILSHIRE EQUITIES, INC. ("Wilshire") (collectively, "Judgment Debtors");

**WHEREAS,** upon declaration of counsel, Judgment Debtors have failed to pay any portion of the judgment and remain indebted to Judgment Creditor for the full principal amount of the judgment plus accrued interest;

**WHEREAS,** Judgment Creditor has filed an Application for Renewal of the judgment within the statutory ten (10) year period for renewal provided in California Code of Civil Procedure §683.120(a);

**THEREFORE, IT IS HEREBY ORDERED** that the judgment entered against Judgment Debtors on March 26, 2012 be renewed as to each of them, jointly and severally, and with respect to the money portion of the judgment as follows:

Renewal of Money Judgment:

    a. Total Judgment ………………………….$100,078,621.00

    b. Credits after Judgment ………………… $0.00

    c. Subtotal ………………………………….$100,078,621.00

    d. Interest after Judgment Computed from March 27, 2012 through March 25, 2022 at 0.21% per annum……………………. $2,101,651.04

    e. Total Renewed Judgment (Subtotal plus Interest)…………………. $102,180,272.04

DATED: __March 10, 2022__      _Sharon Hall Bpm_ (signature)
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KIRY K GRAY, CLERK OF COURT
UNITED STATES DISTRICT COURT